No. D–746. IN RE DISBARMENT OF LINDQUIST. It is ordered that John Leroy Lindquist, of Coral Springs, Fla., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.